UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61307-Civ-COOKE/BANDSTRA

THOMAS GRANINO,

    Plaintiff

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 5], filed on August 6, 2010. Having reviewed the stipulation and being otherwise fully advised in the premises, I hereby

**ORDER AND ADJUDGE** as follows:

1. The above-styled case is dismissed with prejudice.

2. The parties will each bear their own attorneys' fees and costs.

3. The Clerk shall **CLOSE** this case.

4. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*All counsel of record*
*The Honorable Ted E. Bandstra*